UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| MALINDA SUE LEWIS, ) | |
|     Plaintiff, ) | |
| v. ) | Case No.: 2:10-0124 |
| ) | JUDGE WISEMAN |
| ) | MAGISTRATE JUDGE BRYANT |
| **MICHAEL J. ASTRUE**, ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

## MOTION FOR LEAVE TO SUBSTITUTE THE PREVIOUSLY FILED ADMINISTRATIVE RECORD

Comes now the undersigned Assistant United States Attorney and hereby requests to substitute the previously filed administrative record in this case which was filed on March 2, 2011 (Docket Entry No. 10). For cause, the Defendant would show that substituting the administrative record is necessary because there was one page that was inadvertently blank (Page No. 458) in the administrative record initially filed with this Court.

Wherefore, should the Court grant this motion, it is respectfully requested that the attached administrative record be substituted for the previously filed administrative record.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY
Assistant United States Attorney
B.P.R. 009799
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151